AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Nevada_____

Joseph Weinfeld, et al.
          Plaintiff (s),
    V.
Bill L. Minor, John Reynolds, Walter Marting, et al,
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-00513

Notice is hereby given that, subject to approval by the court, __Bill L. Minor__ substitutes
                                                                          (Party (s) Name)

__Christina H. Bost Seaton__, State Bar No. __CB7667__ as counsel of record in
   (Name of New Attorney)

place of __Troutman Sanders LLP__
                       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        FisherBroyles LLP
Address:           445 Park Avenue, Ninth Floor
Telephone:       (203) 887-4665       Facsimile (347) 230-8654
E-Mail (Optional): christina.bostseaton@fisherbroyles.com

I consent to the above substitution.
Date: 26 Jan 2016
                                                        (Signature of Party (s))

I consent to being substituted.
Date: 1/21/16
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1-21-16
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 27, 2016.
                                                      William G. Cobb
                                        UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]