CHRISTINA H. BOST SEATON (pro hac vice)
NYS Bar No. 416121
FisherBroyles LLP
445 Park Avenue, Ninth Floor
New York, New York 10022
(203) 887-4665 (phone)
(347) 230-8654 (fax)
christina.bostseaton@fisherbroyles.com

MICHAEL J. MORRISON
State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, Nevada 89509
(775) 827-6300 (phone)
michael@pyramid.net

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WEINFELD, et al., | 3:14-cv-00513-RCJ-WGC |
| Plaintiffs, | **NOTICE OF *IN CAMERA* SUBMISSION** |
| BILL L. MINOR, et at., | |
| Defendants. | |

## NOTICE OF MOTION

Defendants Bill Minor ("Minor"), Walter Marting ("Marting"), and John Reynolds ("Reynolds") ("Defendants"), by their counsel, FisherBroyles LLP, hereby move for leave to file Exhibits J, K, and O to the Declaration of Christina H. Bost Seaton, Esq., dated May 20, 2016 (the "Bost Seaton Decl.") under seal. Defendants have filed a Notice of *In Camera* Submission with the Court, which was electronically transmitted to counsel for Plaintiffs via CM/ECF.

Exhibits J and K are agreements with a non-party not before this Court, and they are subject to a confidentiality and non-disclosure provision. Exhibit O is a document provided to Defendants by a non-party not before this Court, and it is subject to a confidentiality provision. Defendants have no authority to waive any of the confidentiality provisions in these documents.

Accordingly, Defendants hereby respectfully request that the Court grant them leave to file Exhibits J, K, and O to the Bost Seaton Decl. under seal.

## CONCLUSION

WHEREFORE, it is respectfully requested that the Court grant Defendants' motion for leave to file Exhibits J, K, and O to the Bost Seaton Decl. under seal..

DATED: May 20, 2016

FISHERBROYLES LLP

/s/ Christina H. Bost Seaton, Esq.
445 Park Avenue, 9th Floor
New York, New York 10022
(203) 887-4665 (phone)
(347) 230-8654 (fax)
christina.bostseaton@fisherbroyles.com

MICHAEL J. MORRISON

/s/ Michael J. Morrison
1495 Ridgeview Drive, Suite 220
Reno, Nevada 89509
(775) 827-6300 (phone)
michael@pyramid.net

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered CM/ECF registrants for this case.

DATED this 20th day of May, 2016

/s/ Christina H. Bost Seaton