**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH WEINFELD, *et al.,*<br><br>    Plaintiffs,<br><br>    vs.<br><br>BILL L. MINOR, *et al.,*<br><br>    Defendants. | Case No.: 3:14-CV-00513-RCJ-WGC<br><br>**ORDER VACATING ORDER GRANTING MOTION TO DISMISS (ECF #99) AND JUDGMENT (ECF #100)** |

The Court inadvertently entered Order (ECF #99) granting Defendants' Motion to Dismiss (ECF #92) and directing the Clerk of the Court to enter Judgment (ECF #100) and close the case.

IT IS HEREBY ORDERED that the Clerk of the Court shall vacate Order (ECF #99) and Judgment (ECF #100) from the case docket and re-open the case.

IT IS FURTHER ORDERED that the Motion to Seal (ECF #95) is GRANTED.

IT IS FURTHER ORDERED that in accordance the Order Establishing Briefing Schedule of Defendants' Motion to Dismiss the Third Amended Complaint (ECF #84), Defendants shall file their reply on or before July 18, 2016.

IT IS SO ORDERED this 29th day of June, 2016.

_____
ROBERT C. JONES
District Judge