# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH WEINFELD, et al., | ) | 3:14-cv-00513-RCJ-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 1, 2017 |
| | ) | |
| BILL L. MINOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u>NONE APPEARING       </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                          </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                         </u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is the parties' Stipulation to Extend Discovery Deadlines (Fourth Request) (ECF No. 114). The parties outline the procedural history of the case including the multiple extensions of the discovery deadline this court has approved in the past. The last extension was approved in ECF No. 112, wherein the court indicated that "There shall be no further extensions granted." (I*d*., at 3). The parties' stipulation fails to note this admonition.

     The court is not inclined to grant a discovery extension because of the parties' issues in completing discovery; their discovery should have been undertaken and completed within the time parameters the court authorized on December 19, 2016 (ECF No. 112). Nevertheless, the medical issues confronting Defendants' counsel (ECF No. 114 at 2) provides good cause for what the court will grant as a final extension. Counsel should recognize this case was commenced in the Eastern District of New York in 2012 (ECF No.1) and transferred to the District of Nevada in September of 2014 (ECF No. 24). The court has to manage its docket and further delays in completing discovery will be unacceptable.

/ / /

MINUTES OF THE COURT
3:14-cv-00513-RCJ-WGC
March 1, 2017
Page Two
_____

The following deadlines are imposed in this matter:

| | |
|---|---|
| Discovery Cut-off Date: | **Wednesday, May 31, 2017** |
| Disclosure of Expert Testimony: | **Friday, March 31, 2017** |
| Disclosure of Rebuttal Experts: | **Monday, May 1, 2017** |
| Dispositive Motions: | **Friday, June 30, 2017** |
| Proposed Joint Pre-trial Order: | **Monday, July 31, 2017**. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the decision on the dispositive motions. |

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
         Deputy Clerk