# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WEINFELD, *et al.*, | 3:14-cv-00513-RCJ-WGC |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | March 12, 2018 |
| BILL MINOR, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of Daniel T. Hayward, Esq., Jason W. Peak, Esq., and Ryan W. Leary, Esq., of Laxalt & Nomura, Ltd., to withdraw as counsel for Defendants Bill L. Minor, John H. Reynolds, Walter A. Marting, Jr., and Precious Minerals Mining and Refining Corp. (ECF No. 148). No timely response has been filed. Therefore, counsels' motion (ECF No. 148) is **GRANTED**.

Although 28 U.S.C. § 1654 allows "parties" to "plead and conduct their own cases personally," the statute has not been interpreted to allow corporate entities to do so. "Corporations and other unincorporated associations must appear in court through an attorney." *In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (citations omitted). This rule "prohibits *pro se* plaintiffs from pursuing claims on behalf of others in a representative capacity." *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008); *see also C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (trustee may not appear *pro se* because he is not the person who by substantive law has the right sought to be enforced).

/ / /
/ / /

MINUTES OF THE COURT
3:14-cv-00513-RCJ-WGC
March 12, 2018

      As Judge Hicks noted in *HDR Insurance Managers, LLC v. Summit Insurance Services, Inc.*, No. 2:09-cv-0380-LRH-GWF (D. Nev. 2011),

> It is well recognized that a corporation may only appear in federal court through licensed counsel. *See e.g., Rowland v. California Mens Colony, Unit II Mens' Advisotry Council*, 506 U.S. 194, 200-201 (1983); *In re Highley*, 459 F.3d 554, 555 (9th Cir. 1972).

      **IT IS HEREBY ORDERED** that Defendants Bill L. Minor, John H. Reynolds, and Walter A. Marting, Jr., are hereafter appearing *pro se*. All further documents in this case will be served as follows:

> Bill L. Minor
> c/o Precious Minerals Mining & Refining Corp.
> Post Office Box 270
> Fairview Village, PA 19409-0270
>
> John H. Reynolds
> 7971 North 53rd Ave., Apt. 332
> Glendale, AZ 85301
>
> Walter A. Marting, Jr.
> 6900 S. McCarran Blvd., #1010
> Reno, Nevada 89590

      **IT IS FURTHER ORDERED** that Defendant Precious Minerals Mining and Refining Corp. shall file a substitution of counsel within thirty (30) days of this order, i.e., on or before **Friday, April 13, 2018.**

      **IT IS FURTHER ORDERED** that a copy of this order and all documents filed until Defendant Precious Minerals Mining and Refining Corp. obtains counsel shall be served on Precious Minerals Mining and Refining Corp. via regular mail at the following address:

> Precious Minerals Mining and Refining Corp.
> Post Office Box 270
> Fairview Village, PA 19409-0270

      **IT IS SO ORDERED.**

      DEBRA K. KEMPI, CLERK
      By: _____/s/_____
           Deputy Clerk