AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*          DISTRICT OF   NEVADA

JOSEPH WEINFELD,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.

    CASE NUMBER:  3:14-cv-00513-RCJ-WGC

BILL L. MINOR, et al.,

    Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment (ECF No. 133) is granted.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 139) is granted in part and denied in part. The Court grants defensive summary judgment in favor of Plaintiffs against the Amended Counterclaim and denies partial offensive summary judgment on Plaintiffs' claims.

    March 27, 2018                                                 **DEBRA K. KEMPI**
                                                                                                               Clerk

                                                                                                 /s/ K. Rusin
                                                                                                 Deputy Clerk