Chaim Z. Appel, Esq. (*Admitted pro hac vice*)
New York State Bar No. 4849444
APPEL LAW FIRM PLLC
4533-16 Avenue
Brooklyn, New York 11204
Telephone: (212) 252-2045
Facsimile: (718) 972-3371
*cappel@CustomsAndLaw.com*

John K. Gallagher, Esq.
Nevada State Bar No. 956
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
*Reno*, Nevada 89501
Telephone: (775) 786-2366
Facsimile: (775) 322-9105
*jgallagher@ggfltd.com*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WEINFELD, LIANA KNIJNIKOVA, ISAAC WEISS, ROBERT FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN, MICHAEL FRIEDMAN and CONGREGATION BETH JOSEPH, Derivatively on behalf of PRECIOUS MINERALS MINING AND REFINING CORP., <br><br>Plaintiffs, <br><br>v. <br><br>BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR., <br><br>Defendants, <br><br>and <br><br>PRECIOUS MINERALS MINING AND REFINING CORP., a Nevada corporation, <br><br>Nominal Defendant. | Case No. 3:14-cv-00513-RCJ-WGC <br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR FEES AND COSTS** <br><br>**(First Request)** |

Plaintiffs JOSEPH WEINFELD, LIANA KNIJNIKOVA, ISAAC WEISS, ROBERT FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN,

1 MICHAEL FRIEDMAN and CONGREGATION BETH JOSEPH, derivatively on behalf of
2 PRECIOUS MINERALS MINING AND REFINING CORP. (hereinafter "Plaintiffs"), and
3 Defendants BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR.
4 (hereinafter "Defendants"), pursuant to LR IA 6-1, LR IA 6-2 and LR II 7-1, hereby stipulate and
5 agree as follows:

6     ***WHEREAS***, on March 27, 2018, this Court entered its Order and Judgment in this case for
7 Defendants, [ECF No. 157-8], and on April 10, 2018, Defendants filed Defendants' Motion for
8 Attorneys' Fees and Costs (hereinafter "Motion"), [ECF No. 160];

9     Given that Defendants' Motion is directed at each of the remaining eight (8) individual
10 Plaintiffs, with whom their counsel needs to meet individually to review and respond to the
11 Defendants' Motion, and the current deadline for Plaintiffs to file an opposition to Defendants'
12 Motion is Tuesday, April 24, 2018;

13     This is the first stipulation for extension of time to file an opposition to a motion;

14     This stipulation is made by the parties in good faith and not for any improper purpose;

15 // // //
16 // // //
17 // // //
18 // // //
19 // // //
20 // // //
21 // // //
22 // // //
23 // // //
24 // // //
25 // // //
26 // // //
27 // // //
28 // // //

*NOW, THEREFORE*, and good cause appearing, it is hereby stipulated and agreed as follows:

1. The current deadline to oppose Defendants' Motion shall be extended for a period of thirty (30) days, such that the deadline for Plaintiffs to file their opposition to Defendants' Motion shall be extended to expire on Tuesday, May 22, 2018.

DATED the 19th day of April, 2018.

| LAW OFFICES OF MICHAEL J. MORRISON | APPEL LAW FIRM PLLC |
|---|---|
| By: */s/* Michael J. Morrison<br>Michael J. Morrison, Esq.<br>Nevada State Bar No. 1665<br>1495 Ridgeview Drive, Suite 220<br>Reno, NV 89519<br>Tel. (775) 827-6300<br>*venturelawusa@gmail.com* | By: */s/* Chaim Z. Appel<br>Chaim Z. Appel, Esq. (*pro hac vice*)<br>4533-16 Avenue<br>Brooklyn, New York 11204<br>(212) 252-2045 (phone)<br>(718) 872-3371 (fax)<br>*cappel@customsandlaw.com* |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: ___ April 24, 2018 _____