1  Chaim Z. Appel, Esq. (*Admitted pro hac vice*)
   New York State Bar No. 4849444
2  APPEL LAW FIRM PLLC
   4533-16 Avenue
3  Brooklyn, New York 11204
   Telephone:  (212) 252-2045
4  Facsimile:  (718) 972-3371
   *cappel@CustomsAndLaw.com*
5
   John K. Gallagher, Esq.
6  Nevada State Bar No. 956
   GUILD, GALLAGHER & FULLER, LTD.
7  100 West Liberty Street, Suite 800
   *Reno*, Nevada  89501
8  Telephone:  (775) 786-2366
   Facsimile:  (775) 322-9105
9  *jgallagher@ggfltd.com*

10 *Attorneys for Plaintiffs*

11                 UNITED STATES DISTRICT COURT

12                      DISTRICT OF NEVADA

13 JOSEPH WEINFELD, LIANA KNIJNIKOVA, )      Case No. 3:14-cv-00513-RCJ-WGC
   ISAAC WEISS, ROBERT FRANK,        )
14 YEHUDAH NUSSBAUM, MOSES           )      **STIPULATION AND ORDER TO**
   STEINMETZ, ALBERT ISAAC, JOSEF    )      **EXTEND PLAINTIFFS' TIME TO FILE**
15 KOHN, MICHAEL FRIEDMAN and        )      **AN OPPOSITION TO DEFENDANTS'**
   CONGREGATION BETH JOSEPH,         )      **MOTION FOR FEES AND COSTS**
16 Derivatively on behalf of PRECIOUS )
   MINERALS MINING AND REFINING      )
17 CORP.,                            )      **(Second Request)**
                                     )
18 Plaintiffs,                       )
                                     )
19 v.                                )
                                     )
20 BILL L. MINOR, JOHN H. REYNOLDS, and )
   WALTER A. MARTING, JR.,           )
21                                   )
   Defendants,                       )
22                                   )
             and                     )
23                                   )
   PRECIOUS MINERALS MINING AND      )
24 REFINING CORP., a Nevada corporation, )
                                     )
25              Nominal Defendant.   )
                                     )
26

27       Plaintiffs JOSEPH WEINFELD, LIANA KNIJNIKOVA, ISAAC WEISS, ROBERT

28 FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN,

1  MICHAEL FRIEDMAN and CONGREGATION BETH JOSEPH, derivatively on behalf of

2  PRECIOUS MINERALS MINING AND REFINING CORP. (hereinafter "Plaintiffs"), and

3  Defendants BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR.

4  (hereinafter "Defendants"), pursuant to LR IA 6-1, LR IA 6-2 and LR II 7-1, hereby stipulate and

5  agree as follows:

6       *WHEREAS*, on March 27, 2018, this Court entered its Order and Judgment in this case for

7  Defendants, [ECF No. 157-8], on April 10, 2018, Defendants filed Defendants' Motion for

8  Attorneys' Fees and Costs (hereinafter "Motion"), [ECF No. 160], and on April 24, 2018, the

9  Court entered a Stipulation and Order to Extend Plaintiffs' Time to File an Opposition to

10 Defendants' Motion for Fees and Costs in this matter extending the deadline for Plaintiffs to file

11 an opposition to the Motion to the current deadline of Tuesday, May 22, 2018;

12      Given that Defendants' Motion is directed at each of the remaining eight (8) individual

13 Plaintiffs, with whom their counsel required time to meet individually to review and respond to

14 Defendants' Motion, and that Plaintiffs' counsel had a religious obligation that prevented him

15 from working on this matter from Friday evening, May 18, 2018, until Monday evening, May 21,

16 2018;

17      This is the second stipulation for extension of time to file an opposition to a motion;

18      This stipulation is made by the parties in good faith and not for any improper purpose;

19 // // //

20 // // //

21 // // //

22 // // //

23 // // //

24 // // //

25 // // //

26 // // //

27 // // //

28 // // //

2

STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR FEES AND COSTS /
CASE NO. 3:14-CV-00513-RCJ-WGC

1    *NOW, THEREFORE*, and good cause appearing, it is hereby stipulated and agreed as

2    follows:

3        1.      The current deadline to oppose Defendants' Motion shall be extended for a period

4    of one (1) week, such that the deadline for Plaintiffs to file their opposition to Defendants' Motion

5    shall be extended to expire on Tuesday, May 29, 2018.

6        DATED the 22nd day of May, 2018.

7    LAW OFFICES OF MICHAEL J.              APPEL LAW FIRM PLLC
     MORRISON

8

9    By:   /s/ Michael J. Morrison          By:   /s/ Chaim Z. Appel
           Michael J. Morrison, Esq.               Chaim Z. Appel, Esq. (*pro hac vice*)
10         Nevada State Bar No. 1665              4533-16 Avenue
           1495 Ridgeview Drive, Suite 220        Brooklyn, New York 11204
11         Reno, NV 89519                         (212) 252-2045 (phone)
           Tel. (775) 827-6300                    (718) 872-3371 (fax)
12         *venturelawusa@gmail.com*              *cappel@customsandlaw.com*

13         *Counsel for Defendants*               *Counsel for Plaintiffs*

14

15

16   IT IS SO ORDERED:

17

18   UNITED STATES MAGISTRATE JUDGE

19   DATED: *May 24, 2018*

20

21

22

23

24

25

26

27

28