Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Defendants*

UNITED STATED ISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WEINFELD, LIANA KNIJNIKOVA, ISAAC WEISS, ROBERT FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN, MICHAEL FRIEDMAN, and CONGREGATION BETH JOSEPH, derivatively on behalf of PRECIOUS MINERALS MINING AND REFINING CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR., <br><br> Defendants <br><br> PRECIOUS MINERALS MINING AND REFINING CORP., a Nevada Corporation, <br><br> Nominal Defendant | 3:14-cv-00513-RCJ-WGC <br><br><br><br><br><br><br><br><br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO REPLY IN SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES AND COSTS** <br><br> **(First Request)** |

Plaintiffs JOSEPH WEINFELD, LIANA KNIJNIKOVA, ISAAC WEISS, ROBERT FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN, MICHAEL FRIEDMAN, and CONGREGATION BETH JOSEPH, derivatively on behalf of PRECIOUS MINERALS MINING AND REFINING CORP. ("Plaintiffs") and Defendants BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR. ("Defendants"), and pursuant to LR

1

IA 6-1, LR IA 6-2 and LR 7-1, stipulate and agree as follows:

On March 27, 2018, this Court entered its Order and Judgment in this case in favor of the Defendants (ECF Nos. 157, 158).  On April 10, 2018, Defendants filed their motion for attorney's fees and costs  (ECF No. 160), which the Plaintiffs opposed on May 29, 2018 (ECF No. 176) after the parties stipulated to and this court permitted extensions of time for them to do so (ECF Nos. 173, 175).  The current deadline by which the Defendants must reply in support of their motion for attorney's fees and costs is June 5, 2018.

In order to address irregularities that occurred in the information that was filed by the Defendants at the time they filed their motion for attorney's fees and costs, the Defendants seek additional time to remedy those irregularities and to meaningfully reply in support of their motion.

By this stipulation, which is the first stipulation for an extension of time for the Defendants to reply in support of their motion for attorney's fees and costs, the parties agree that the Defendant shall have an additional two (2) weeks to file their reply – to and including Tuesday, June 19, 2018.  This stipulation is made by the parties in good faith and not for any improper purpose.

/ / /

/ / /

/ / /

1  Thus, good cause appearing, the parties agree and stipulate that the current
2  deadline for the Defendants to reply in support of their motion for attorney's fees and
3  costs shall be extended for two (2) weeks.  The Defendant shall have to and including
4  Tuesday, June 19, 2018, to reply in support of their motion for attorney's fees and
5  costs.
6  DATED this 5th day of June, 2018.

| APPEL LAW FIRM PLLC | LAW OFFICES OF MICHAEL J. MORRISON |
|---|---|
| /s/ Chaim Z. Appel | /s/ Michael J. Morrison |
| Chaim Z. Appel, Esq. | Michael J. Morrison, Esq. |
| (*pro hac vice*) | Nevada State Bar No. 1665 |
| 4533-16 Avenue | 1495 Ridgeview Drive, Suite 220 |
| Brooklyn, New York  11204 | Reno, NV 89519 |
| (212) 252-2045 | Tel. (775) 827-6300 |
| cappel@customsandlaw.com | venturelawusa@gmail.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES                    JUDGE

DATED:  June 19, 2018