Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Defendants*

UNITED STATED ISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WEINFELD, LIANA KNIJNIKOVA, ISAAC WEISS, ROBERT FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN, MICHAEL FRIEDMAN, and CONGREGATION BETH JOSEPH, derivatively on behalf of PRECIOUS MINERALS MINING AND REFINING CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR., <br><br> Defendants <br><br> PRECIOUS MINERALS MINING AND REFINING CORP., a Nevada Corporation, <br><br> Nominal Defendant | 3:14-cv-00513-RCJ-WGC <br><br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO REPLY IN SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES AND COSTS** <br><br> **(Second Request)** |

Plaintiffs JOSEPH WEINFELD, LIANA KNIJNIKOVA, ISAAC WEISS, ROBERT FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN, MICHAEL FRIEDMAN, and CONGREGATION BETH JOSEPH, derivatively on behalf of PRECIOUS MINERALS MINING AND REFINING CORP. ("Plaintiffs") and Defendants BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR. ("Defendants"), and pursuant to LR

1

| | |
|---|---|
| 1 | IA 6-1, LR IA 6-2 and LR 7-1, stipulate and agree as follows: |
| 2 | On March 27, 2018, this Court entered its Order and Judgment in this case in |
| 3 | favor of the Defendants (ECF Nos. 157, 158).  On April 10, 2018, Defendants filed |
| 4 | their motion for attorney's fees and costs  (ECF No. 160), which the Plaintiffs opposed |
| 5 | on May 29, 2018 (ECF No. 176) after the parties stipulated to and this court permitted |
| 6 | two (2) extensions of time for them to do so (ECF Nos. 173, 175).  On June 5, 2018, |
| 7 | the date on which the Defendants' reply in support of their motion was initially due, |
| 8 | the parties stipulated the an extension of time for the Defendants to reply in support of |
| 9 | their motion.  The deadline for the Defendants' reply to which the parties agreed by |
| 10 | that first stipulation was June 19, 2018. |
| 11 | The parties stipulated for an extension of time for the Defendants to file a reply |
| 12 | to permit the Defendants' counsel to address irregularities that occurred in the |
| 13 | information that was filed by the Defendants at the time they filed their motion for |
| 14 | attorney's fees and costs, and to remedy those irregularities in order to meaningfully |
| 15 | reply in support of their motion.  Defendants' counsel has been delayed in finalizing |
| 16 | those efforts due to family illness. |
| 17 | By this stipulation, which is the second stipulation for an extension of time for |
| 18 | the Defendants to reply in support of their motion for attorney's fees and costs, the |
| 19 | parties agree that the Defendants shall have an additional one (1) week to file their |
| 20 | reply – to and including Tuesday, June 26, 2018.  This stipulation is made by the |
| 21 | parties in good faith and not for any improper purpose. |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Thus, good cause appearing, the parties agree and stipulate that the current deadline for the Defendants to reply in support of their motion for attorney's fees and costs shall be extended for one (1) week. The Defendant shall have to and including Tuesday, June 26, 2018, to reply in support of their motion for attorney's fees and costs.

DATED this 19th day of June, 2018.

| APPEL LAW FIRM PLLC | LAW OFFICES OF MICHAEL J. MORRISON |
|---|---|
| */s/ Chaim Z. Appel* <br> Chaim Z. Appel, Esq. <br> (*pro hac vice*) <br> 4533-16 Avenue <br> Brooklyn, New York 11204 <br> (212) 252-2045 <br> cappel@customsandlaw.com | */s/ Michael J. Morrison* <br> Michael J. Morrison, Esq. <br> Nevada State Bar No. 1665 <br> 1495 Ridgeview Drive, Suite 220 <br> Reno, NV 89519 <br> Tel. (775) 827-6300 <br> venturelawusa@gmail.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES JUDGE

DATED: June 19, 2018