1   Chaim Z. Appel, Esq. (*Admitted pro hac vice*)
    New York State Bar No. 4849444
2   APPEL LAW FIRM PLLC
    4533-16 Avenue
3   Brooklyn, New York 11204
    Telephone: (212) 252-2045
4   Facsimile: (718) 972-3371
    cappel@CustomsAndLaw.com
5
    John K. Gallagher, Esq.
6   Nevada State Bar No. 956
    GUILD, GALLAGHER & FULLER, LTD.
7   100 West Liberty Street, Suite 800
    *Reno*, Nevada 89501
8   Telephone: (775) 786-2366
    Facsimile: (775) 322-9105
9   jgallagher@ggfltd.com

10  *Attorneys for Plaintiffs*

11                  UNITED STATES DISTRICT COURT

12                      DISTRICT OF NEVADA

13  JOSEPH WEINFELD, LIANA KNIJNIKOVA, )    Case No. 3:14-cv-00513-RCJ-WGC
    ISAAC WEISS, ROBERT FRANK,         )
14  YEHUDAH NUSSBAUM, MOSES            )    **STIPULATION AND ORDER TO**
    STEINMETZ, ALBERT ISAAC, JOSEF     )    **EXTEND PLAINTIFFS' TIME TO FILE**
15  KOHN, MICHAEL FRIEDMAN and         )    **RESPONSE TO DEFENDANTS'**
    CONGREGATION BETH JOSEPH,          )    **OPPOSITION TO PLAINTIFFS'**
16  Derivatively on behalf of PRECIOUS )    **MOTION TO STRIKE ERRATA FOR**
    MINERALS MINING AND REFINING       )    **FEES AND COSTS AND**
17  CORP.,                             )    **DEFENDANTS' OPPOSITION TO**
                                       )    **PLAINTIFFS' MOTION TO RETAX**
18  Plaintiffs,                        )    **COSTS**
                                       )
19  v.                                 )        **(First Request)**
                                       )
20  BILL L. MINOR, JOHN H. REYNOLDS, and )
    WALTER A. MARTING, JR.,            )
21                                     )
    Defendants,                        )
22                                     )
            and                        )
23                                     )
    PRECIOUS MINERALS MINING AND       )
24  REFINING CORP., a Nevada corporation, )
                                       )
25          Nominal Defendant.         )
                                       )
26  _____

27      Plaintiffs  JOSEPH  WEINFELD,  LIANA  KNIJNIKOVA,  ISAAC  WEISS,  ROBERT

28  FRANK, YEHUDAH NUSSBAUM, MOSES STEINMETZ, ALBERT ISAAC, JOSEF KOHN,

MICHAEL FRIEDMAN and CONGREGATION BETH JOSEPH, derivatively on behalf of PRECIOUS MINERALS MINING AND REFINING CORP. (hereinafter "Plaintiffs"), and Defendants BILL L. MINOR, JOHN H. REYNOLDS, and WALTER A. MARTING, JR. (hereinafter "Defendants"), pursuant to LR IA 6-1, LR IA 6-2 and LR II 7-1, hereby stipulate and agree as follows:

*WHEREAS*, on April 10, 2018, Defendants' filed their Motion for Attorneys' Fees and Costs [ECF No. 160] and an Errata to their Motion on June 26, 2018 [ECF No. 181], and Plaintiffs' filed their Motion to Strike Defendants' Errata on July 10, 2018 [ECF No. 183], and Defendants' filed their Opposition to Plaintiffs' Motion to Strike the Errata on August 6, 2018 [ECF No. 187];

*WHEREAS*, on July 31, 2018 Plaintiffs' filed their Motion to Retax Costs [ECF No. 186], and Defendants' filed their Opposition to Plaintiffs' Motion to Retax Costs on August 6, 2018;

Given that Plaintiffs' attorney, Mr. Chaim Z. Appel, is currently traveling overseas on a long-scheduled family affair and the current deadline for Plaintiffs to file their Response to Defendants' Opposition to Plaintiffs' Motion to Strike the Errata and Motion to Retax Costs is Monday, August 13, 2018;

This is the first stipulation for extension of time to file responses to the opposition to the motions;

This stipulation is made by the parties in good faith and not for any improper purpose;

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

**NOW, THEREFORE**, and good cause appearing, it is hereby stipulated and agreed as follows:

1. The current deadline to respond to Defendants' Opposition to Strike Errata shall be extended for a period of fourteen (14) days, such that the deadline for Plaintiffs to file their response to Defendants' Opposition to Strike Errata shall be extended to expire on Monday, August 27, 2018;

2. The current deadline to respond to Defendants' Opposition to Retax Costs shall be extended for a period of fourteen (14) days, such that the deadline for Plaintiffs to file their response to Defendants' Opposition to Retax Costs shall be extended to expire on Monday, August 27, 2018.

DATED the 10th day of August, 2018.

| | |
|---|---|
| LAW OFFICES OF MICHAEL J. MORRISON | APPEL LAW FIRM PLLC |

By: /s/ Michael J. Morrison       By: /s/ Chaim Z. Appel

Michael J. Morrison, Esq.            Chaim Z. Appel, Esq. (*pro hac vice*)
Nevada State Bar No. 1665         4533-16 Avenue
1495 Ridgeview Drive, Suite 220   Brooklyn, New York 11204
Reno, NV 89519                 (212) 252-2045 (phone)
Tel. (775) 827-6300           (718) 872-3371 (fax)
*venturelawusa@gmail.com*     *cappel@customsandlaw.com*

*Counsel for Defendants*        *Counsel for Plaintiffs*

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: _____
August 28, 2018