# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WEINFELD, *et al.,*<br>　　　　　Plaintiffs,<br><br>Vs.<br><br>PRECIOUS MINERALS MINING AND REFINING CORP, *et al.,*<br><br>　　　　　Defendants. | Case No.: 3:14-CV-00513-RCJ-WGC<br><br>USCA Case No.: 19-15708<br><br>ORDER ON MANDATE |

　　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, the Appellants' motion to voluntarily dismiss appeal granted, on September 5, 2019, issued its mandate and the Court being fully advised in the premises,

　　　NOW THEREFORE IT IS ORDERED that the mandate be spread upon the records of this Court.

　　　　　　　　　　　　　　　　　Dated this 1st day of October, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　Senior District Judge

ORDER ON MANDATE - 1